# EXHIBIT A

  

eportaluser

Expand All

| Case Number | Filed Date | Disposition Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|---|
| 062021CA018027AXXXCE [CACE-21-018027] | 09/27/2021 | | BROWARD | Other | Pending | No | Yes |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| HAIMES, DAVID ALAN | JUDGE | | |
| Hess, Ephraim Roy | ATTORNEY | | |
| Kozolchyk, Elliot Ari | ATTORNEY | | |
| LOMBARDI, MICHAEL ANGELO | PLAINTIFF | KOZOLCHYK, ELLIOT ARI | 74791 |
| DONE RITE HAULING SOUTH FLORID | DEFENDANT | HESS, EPHRAIM ROY | 983100 |
| MCELENY, PAM L | DEFENDANT | HESS, EPHRAIM ROY | 983100 |
| MCELENY, DENNIS | DEFENDANT | HESS, EPHRAIM ROY | 983100 |

**Dockets**

Page : 1   ALL

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| 📄 | 9 | 10/21/2021 | Motion for Extension of Time | 2 |
| 📄 | 8 | 10/21/2021 | Notice of Appearance | 1 |
| 📄 | 7 | 09/27/2021 | Exhibits | 1 |
| 📄 | 6 | 09/27/2021 | eSummons Issuance | 3 |
| 📄 | 5 | 09/27/2021 | eSummons Issuance | 3 |
| 📄 | 4 | 09/27/2021 | eSummons Issuance | 1 |
| 📄 | 3 | 09/27/2021 | Complaint (eFiled) | 5 |
| 📄 | 2 | 09/27/2021 | Civil Cover Sheet | 3 |
| | 1 | 09/27/2021 | Per AOSC20-23 Amd12, Case is determined General | |

**Judge Assignment History**

**Court Events**

**Financial Summary**

**Reopen History**

Filing # 135390809 E-Filed 09/27/2021 03:28:15 PM

Case Number: CACE-21-018027 Division: 08
Case 0:21-cv-62263-RKA Document 1-1 Entered on FLSD Docket 11/01/2021 Page 3 of 18

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.:

MICHAEL ANGELO LOMBARDI,

        Plaintiff,

v.

DONE RITE HAULING SOUTH FLORIDA,
LLC, PAM L. MCELENY,
DENNIS MCELENY,

        Defendants.
_____/

## COMPLAINT

Plaintiff, MICHAEL ANGELO LOMBARDI ("Lombardi"), by and through the undersigned counsel, brings this action against Defendants, DONE RITE HAULING SOUTH FLORIDA, LLC ("Done Rite"), PAM L. MCELENY ("P. Mceleny") and DENNIS MCELENY ("D. Mceleny"), and alleges:

1. This is an action arising under the Fair Labor Standards Act 29 U.S.C. §§ 201- 219 ("FLSA"). This Court has jurisdiction concurrent with the Federal Courts under 29 U.S.C. § 216(B).

2. Lombardi seeks damages over $30,000 and this action is therefore within the jurisdiction of this Court.

3. At all times material hereto, Lombardi regularly performed work for Defendants in Broward County, Florida and was an "employee" of Defendants as defined by the FLSA.

4. At all times material hereto, Done Rite was a Florida corporation that regularly transacted business in Broward County, Florida.

5. P. Mceleny is an FLSA employer, as defined in 29 U.S.C. § 203(d), is an owner and/or manager of Done Rite, controlled Plaintiff's duties, hours worked, and compensation, ran the day-to-day operations and has operational control over Done Rite, and was directly involved in decisions affecting employee compensation and hours worked by employees, such as Lombardi.

6. D. Mceleny is an FLSA employer, as defined in 29 U.S.C. § 203(d), is an owner and/or manager of Done Rite, controlled Plaintiff's duties, hours worked, and compensation, ran the day-to-day operations and has operational control over Done Rite, and was directly involved in decisions affecting employee compensation and hours worked by employees, such as Lombardi.

7. Done Rite's business, which involves hauling and junk removal services, has employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce including but not limited to computers, phones, pens, and paper and or uses instrumentalities of interstate commerce including but not limited to phones.

8. Upon information and belief, Done Rite's gross sales or business done was in excess of $500,000 per year at all times material hereto.

9. Done Rite was and is an enterprise engaged in commerce or the production of goods for commerce and is covered by the FLSA at all times material hereto.

10. Lombardi hauled trash for the Defendants.

11. Defendants failed to pay Lombardi's full and proper overtime wages of 1.5 times Lombardi's regular hourly rate for hours worked over 40 each week.

12. Attached as <u>Exhibit A</u> is a preliminary calculation of Lombardi's claims. These amounts may change as Lombardi engages in the discovery process.

13. Defendants have knowingly and willfully refused to pay Lombardi's legally-entitled wages.

14. Lombardi has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF THE FAIR LABOR STANDARDS ACT
## AGAINST DEFENDANT DONE RITE

15. Lombardi realleges and incorporates the allegations set forth in paragraphs 1-14 above as if set forth herein in full.

16. Lombardi alleges that he is entitled to time-and-a-half overtime pay and liquidated damages pursuant to the FLSA.

17. Lombardi seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Lombardi requests compensatory and liquidated damages and reasonable attorney's fees and costs from Done Rite, jointly and severally liable with P. Mceleny and D. Mceleny, pursuant to the FLSA as cited above, to be proven at the time of trial for overtime owing from Lombardi's entire employment period, or as much as allowed by the FLSA, whichever is greater, along with court costs. If Lombardi does not recover liquidated damages, then Lombardi will seek an award of prejudgment interest for the unpaid overtime, and any and all other relief which this Court deems reasonable under the circumstances.

## COUNT II
## VIOLATION OF THE FAIR LABOR STANDARDS ACT
## AGAINST DEFENDANT P. MCELENY

18. Lombardi realleges and incorporates the allegations set forth in paragraphs 1-14 above as if set forth herein in full.

19. Lombardi alleges that he is entitled to time-and-a-half overtime pay and liquidated damages pursuant to the FLSA.

20. Lombardi seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Lombardi requests compensatory and liquidated damages and reasonable attorney's fees and costs from P. Mceleny, jointly and severally liable with Done Rite and D. Mceleny, pursuant to the FLSA as cited above, to be proven at the time of trial for overtime owing from Lombardi's entire employment period, or as much as allowed by the FLSA, whichever is greater, along with court costs. If Lombardi does not recover liquidated damages, then Lombardi will seek an award of prejudgment interest for the unpaid overtime, and any and all other relief which this Court deems reasonable under the circumstances.

## COUNT III
## VIOLATION OF THE FAIR LABOR STANDARDS ACT
## AGAINST DEFENDANT D. MCELENY

21. Lombardi realleges and incorporates the allegations set forth in paragraphs 1-14 above as if set forth herein in full.

22. Lombardi alleges that he is entitled to time-and-a-half overtime pay and liquidated damages pursuant to the FLSA.

23. Lombardi seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Lombardi requests compensatory and liquidated damages and reasonable attorney's fees and costs from D. Mceleny, jointly and severally liable with Done Rite and P. Mceleny, pursuant to the FLSA as cited above, to be proven at the time of trial for overtime owing from Lombardi's entire employment period, or as much as allowed by the FLSA, whichever is greater, along with court costs. If Lombardi does not recover liquidated damages, then Lombardi

will seek an award of prejudgment interest for the unpaid overtime, and any and all other relief which this Court deems reasonable under the circumstances.

**JURY DEMAND**

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated on this 27th day of September, 2021.

                                                Respectfully submitted,

                                                Koz Law, P.A.
                                                320 S.E. 9th Street
                                                Fort Lauderdale, Florida 33316
                                                Phone: (786) 924-9929
                                                Fax:   (786) 358-6071
                                                Email: ekoz@kozlawfirm.com

                                                */s/ Elliot A. Kozolchyk*
                                                _____
                                                Elliot Kozolchyk, Esq.
                                                Bar No.: 74791

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.:

MICHAEL ANGELO LOMBARDI,

        Plaintiff,
v.

DONE RITE HAULING SOUTH FLORIDA,
LLC, PAM L. MCELENY,
DENNIS MCELENY,

        Defendants.
_____/

## SUMMONS

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

                            Done Rite Hauling South Florida, LLC
           Registered Agent:   Pam L. McEleny
                            10921 Endeavour Way
                            Unit A3
                            Seminole, FL 33777

    Defendant is required to serve written defenses to the Complaint on Elliot A. Kozolchyk, Esq., Attorney for Plaintiff, whose address is 320 S. E. 9th Street, Fort Lauderdale, Florida 33316, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on   SEP 29 2021  _____        Brenda D. Forman
                                                        As Clerk of Court

                                                By: _____
                                                    As Deputy Clerk   BRENDA D. FORMAN

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.:

MICHAEL ANGELO LOMBARDI,

        Plaintiff,

v.

DONE RITE HAULING SOUTH FLORIDA,
LLC, PAM L. MCELENY,
DENNIS MCELENY,

        Defendants.
_____/

**SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on Defendant:

    Dennis McEleny
    9820 121st St.
    Seminole, FL 33772

DATED on    SEP 29 2021

    Brenda D. Forman
    As Clerk of Court

By: _____
    As Deputy Clerk

BRENDA D. FORMAN

**IMPORTANT**

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the Plaintiff's Attorney named below.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you have a hearing or voice disability you can contact the court through the Florida Relay Service by calling 711.**

<u>IMPORTANTE</u>

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como Plaintiff's Abogado.

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

<u>IMPORTANT</u>

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur

du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au Plaintiff's Attorney (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

### ENPÒTAN

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a Plaintiff's Attorney (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

| | | |
|---|---|---|
| Plaintiff's Attorney: | Koz Law, P.A. | Tel: (786) 924-9929 |
| Elliot Kozolchyk, Esq. | 320 S.E. 9th Street | Fax: (786) 358-6071 |
| Florida Bar No. 74791 | Fort Lauderdale, Florida 33316 | Email: ekoz@kozlawfirm.com |

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.:

MICHAEL ANGELO LOMBARDI,

        Plaintiff,

v.

DONE RITE HAULING SOUTH FLORIDA,
LLC, PAM L. MCELENY,
DENNIS MCELENY,

        Defendants.
_____/

**SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on Defendant:

        Pam L. McEleny
        9820 121st St.
        Seminole, FL 33772

DATED on ___SEP 29 2021___

        Brenda D. Forman
        As Clerk of Court

By: _____
    As Deputy Clerk    BRENDA D. FORMAN

**IMPORTANT**

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 09/27/2021 03:28:12 PM.****

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the Plaintiff's Attorney named below.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you have a hearing or voice disability you can contact the court through the Florida Relay Service by calling 711.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como Plaintiff's Abogado.

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur

du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au Plaintiff's Attorney (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

ENPÒTAN

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a Plaintiff's Attorney (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

| | | |
|---|---|---|
| Plaintiff's Attorney: | Koz Law, P.A. | Tel: (786) 924-9929 |
| Elliot Kozolchyk, Esq. | 320 S.E. 9th Street | Fax: (786) 358-6071 |
| Florida Bar No. 74791 | Fort Lauderdale, Florida 33316 | Email: ekoz@kozlawfirm.com |

## Exhibit A
## Statement of Claim
## Plaintiff Michael Angelo Lombardi

**Unpaid Overtime Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Weekly Pay[1] | Monthly Rent Pay | FLSA Equivalent Hourly Rate[1] | FLSA Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|
| 5/1/19 - 6/15/21 | 110 | 88 | $ 1,063.50 | $ 1,850.00 | $ 16.94 | $ 25.40 | $ 44,712.69 | $ 44,712.69 |
|  |  |  |  |  |  |  | $ 44,712.69 | $ 44,712.69 |

Total Unpaid Overtime Wages[1] = $ 44,712.69
Total Liquidated Damages[1] = $ 44,712.69
Total[1] = $ 89,425.38

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

MICHAEL ANGELO LOMBARDI,                          CASE NO.: 21-18027 CACE

Plaintiff,

v.

DONE RITE HAULING SOUTH FLORIDA,
LLC, PAM L. MCELENY,
DENNIS MCELENY,

Defendants.
_____/

**NOTICE OF APPEARANCE AND
DESIGNATION OF E-MAIL ADDRESSES**

Ephraim Roy Hess, Esq. of Hess Law Firm, hereby gives notice of their appearance on behalf of Defendants, DONE RITE HAULING SOUTH FLORIDA, LLC., PAM MCELENY and DENNIS MCELENY, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned. Further, pursuant to Florida Rule of Judicial Administration 2.516, the undersigned hereby designates the following primary and secondary e-mail addresses for mail service in the above referenced case:

Primary e-mail: erhpalaw@gmail.com
Secondary e-mail: erh@thehessfrim.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic service via the Florida Courts E-Filing Portal, in accordance with Administrative Order No. AOSC13-49, to Elliot Kozolchyk, Esq., Koz Law, P.A. 320 S.E. 9th Street, Fort Lauderdale, Florida 33316 at ekoz@kozlawlirm.com on this 21st day of October, 2021.

By: _____/S/_____

Ephraim Roy Hess, Esquire
Florida Bar No. 983100
HESS LAW FIRM
205 Davie Boulevard
Fort Lauderdale, FL 33315
(954) 585-8599
erh@thehessfirm.com

*Counsel for Defendants*

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

MICHAEL ANGELO LOMBARDI,

Plaintiff,

v.  CASE NO.: 21-18027 CACE

DONE RITE HAULING SOUTH FLORIDA,
LLC, PAM L. MCELENY,
DENNIS MCELENY,

Defendants.
_____/

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Defendants, DONE RITE HAULING SOUTH FLORIDA LLC, PAM MCELENY and DENNIS MCELENY, through undersigned counsel, move for an extension of time to respond to Plaintiff's Complaint and state:

1. On September 27, 2021, Plaintiff filed the above-styled action

2. The time for Defendants to respond to Plaintiff's Complaint is October 21, 2021, based on service of process on October 1, 2021.

3. Undersigned counsel has only recently been retained, and Defendants and their counsel require additional time to review the matter in order to respond to Plaintiff's Complaint.

4. Plaintiff seeks an enlargement of 10 days' time to respond, or by Monday, November 1, 2021.

5. This Motion is filed in good faith, and not for the purposes of unnecessary delay.

6. No party will be materially prejudiced by the requested extension of time and it is in the interests of justice that the extension be granted.

Defendants' Motion to Extend Time to Respond to Complaint
Michael Lombardi v. Done Rite Hauling et al.
Broward County Circuit Court Case No. 21-18027 CACE

WHEREFORE, the Defendants respectfully request that the Court grant Defendants' Motion, extending the time for the Defendants to respond to the Complaint by an additional 10 days or such other time as the Court deems appropriate.

By: /S/
Ephraim Roy Hess, Esquire
Florida Bar No. 983100
HESS LAW FIRM
205 Davie Boulevard
Fort Lauderdale, FL 33315
(954) 585-8599
erh@thehessfirm.com

*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic service via the Florida Courts E-Filing Portal, in accordance with Administrative Order No. AOSC13-49, to Elliot Kozolchyk, Esq., Koz Law, P.A. 320 S.E. 9th Street, Fort Lauderdale, Florida 33316 at ekoz@kozlawfirm.com on this 21st day of October 2021.

By: /S/
Ephraim Roy Hess, Esquire